# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Anthony Nahas,                              :
                        Petitioner          :
                                            :
            v.                              :        No. 726 C.D. 2017
                                            :
Workers' Compensation Appeal                :
Board (Synergistic Partners, Inc.),         :
                        Respondent          :

## **O R D E R**

NOW, September 12, 2018, upon consideration of petitioner's application for reargument, the application is denied.

The motion for enlargement of time to respond to the application for reargument filed by Synergistic Partners, Inc. is dismissed as moot.

_____
MARY HANNAH LEAVITT,
President Judge